IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Michael S. Roadcloud        )   Chapter 13
                                     )
         Debtor                      )   No 17-17555-MDC
                                     )
                                     )

### CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certifies that a true and correct copy of the Court Order dated April 9, 2018, was served upon all creditors and interested parties via first class mail on April 10, 2018.

/s/David M. Offen
David M. Offen
Attorney for Debtor