United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17555-mdc
Michael S Roadcloud                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2             Date Rcvd: Apr 09, 2018
                              Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
```
db            +Michael S Roadcloud,    7132 Theodore Street,    Philadelphia, PA 19142-1520
14011729      +Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
14068354      +Directv, LLC,   by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14010435      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14024307      +Navient Solutions, LLC on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14010446      +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                Philadelphia, PA 19122-2806
14010447      +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
14073185      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE,    211 North Front Street,
                Harrisburg, PA 17101-1406
14066758      +U.S. Bank NA,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14010448      +US Bank National Association,    211 North Front Street,    P.O. Box 15057,
                Harrisburg, PA 17105-5057
14010449      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
14036931      +Verizon by American InfoSource LP,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
14010450       Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:50    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2018 01:48:34
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2018 01:48:49     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:50:38    Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14072130       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2018 01:50:31
                LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14010436      +E-mail/PDF: pa_dc_claims@navient.com Apr 10 2018 01:50:21     Navient,    Attn: Bankruptcy,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
14010437      +E-mail/Text: ext_ebn_inbox@navyfederal.org Apr 10 2018 01:49:06     Navy Fcu,   Po Box 3000,
                Merrifield, VA 22119-3000
14010442      +E-mail/Text: ext_ebn_inbox@navyfederal.org Apr 10 2018 01:49:06     Navy Federal Cr Union,
                Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14010822      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 01:50:21
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14010444      +E-mail/Text: blegal@phfa.org Apr 10 2018 01:48:44    Pa Housing Finance Age,   Po Box 8029,
                Harrisburg, PA 17105-8029
14010445      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 10 2018 01:48:31     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
14010449      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 10 2018 01:48:25
                Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
14036676       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2018 01:56:09    Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14010438*     +Navy Fcu,    Po Box 3000,    Merrifield, VA 22119-3000
14010439*     +Navy Fcu,    Po Box 3000,    Merrifield, VA 22119-3000
14010440*     +Navy Fcu,    Po Box 3000,    Merrifield, VA 22119-3000
14010441*     +Navy Fcu,    Po Box 3000,    Merrifield, VA 22119-3000
14010443*     +Navy Federal Cr Union,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Apr 09, 2018
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Michael S Roadcloud dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **Michael S. Roadcloud** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bankruptcy No. 17-17555-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

This chapter 13 bankruptcy case is **DISMISSED**.

Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

Any wage orders previously entered are **VACATED**.

Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: April 9, 2018

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE