```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                              : CHAPTER 13
                                       :
   Michael S. Roadcloud                : No. 17-17555-MDC
```

## **PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Motion to Vacate, filed on April 20, 2018.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
                              215-625-9600
Dated 6/14/18
```